MEMBER NY, NJ, & D.C. BAR

# LUIS O. DIAZ
### ATTORNEY AND COUNSELOR AT LAW

710 WEST 190TH STREET
SUITE D
NEW YORK, NEW YORK 10040
TEL: (212) 942-6400 • FAX: (212) 942-3900



LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

December 27, 2007

Honorable Loretta A Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

Re:   U.S.A. vs. Edwin Marinez-Castillo
       Criminal Docket No.: 07 Cr. 941 (LAP)

Dear Judge Preska:

    We are writing to request that Your Honor terminate Mr. Martinez-Castillo's curfew as a condition of Pretrial Release. I have spoken with Pretrial Services Officer, Joshua Rothman and Assistant U.S. Attorney Julian Moore and they have consented to this request.

    Should Your Honor have any further questions, please do not hesitate to contact me.

So ordered
Loretta A. Preska
USDJ
January 13, 2008

Respectfully Submitted,

Luis O. Diaz, Esq.

cc: Julian Moore, AUSA (via fax)
    Joshua Rothman, Pretrial Services Officer (via fax)