

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2008

**By Facsimile**
The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

Re:   *United States v. Edwin Martinez-Castillo*, 07 CR 941 (LAP)

Dear Judge Preska:

The Government writes to confirm that the conference scheduled for tomorrow has been adjourned until April 2, 2008 at noon.

The Government respectfully requests that the Court exclude time until April 2, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. Defense counsel consents to this request for the exclusion of time.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 28, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Julian J. Moore
Assistant U.S. Attorney
(212) 637-2473

cc: Luis Dias, Esq. (by fax)