

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

May 13, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

**By Facsimile**
The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *United States v. Edwin Martinez-Castillo*, 07 CR 941 (LAP)

Dear Judge Preska:

① The Government writes to confirm that the conference scheduled for May 22, 2008 at 4:00 pm has been adjourned until June 4, 2008 at 11:00 am at the defendant's request.

② The Government respectfully requests that the Court exclude time until June 4, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. Defense counsel consents to this request for the exclusion of time.

So ordered
Loretta A Preska
USDJ
May 13, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:  _____
     Julian J. Moore
     Assistant U.S. Attorney
     (212) 637-2473

cc: Luis Diaz, Esq. (by fax)