## MEMORANDUM

TO: <u>HONORABLE LORETTA A. PRESKA</u>
United States District Judge

FROM: Joshua A. Rothman
U.S. Pretrial Services Officer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

RE: Martinez-Castillo, Edwin
DOCKET#: 07-CR-941

The attached memorandum prepared by Pretrial Services Officer:

| <u>Joshua A. Rothman</u> | <u>212-805-4139</u> |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✓]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]  My office will inform all parties concerned that I will conduct a Bail Review Hearing in

   Courtroom # _____ on _____ at _____ .
                              Date              Time

[ ]  I request that a Bail Review Hearing be conducted by:

   [ ]  The presiding Magistrate Judge in courtroom # 5A.

   [ ]  The District Court Judge presiding in Part I.

   [ ]  _____ at his/her earliest convenience.
        Judicial Officer

[ ]  So ordered: *Loretta A Preska*      Date *May 28, 2008*