

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

**By Facsimile**
The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *United States v. Edwin Martinez-Castillo*, 07 CR 941 (LAP)

Dear Judge Preska:

① The Government writes to confirm that the conference scheduled for June 4, 2008 at 11:00 am has been adjourned until July 10, 2008 at 4:00 pm at the defendant's request.

② The Government respectfully requests that the Court exclude time until July 10, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE   By:

June 3, 2008

MICHAEL J. GARCIA
United States Attorney

*[signature]*
Julian J. Moore
Assistant U.S. Attorney
(212) 637-2473

cc: Luis Diaz, Esq. (by fax)